```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│              CIVIL DOCKET ENTRIES FOR CASE F99-0012--CV (JKS)           │
│                  "MABEL F. MOSES V ROBINSON HELICOPTER ET AL"            │
├─────────────────────────────────────────────────────────────────────────┤
│              Including terminated parties, excluding terminated counsel  │
└─────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 06/01/99
             Closed: 01/31/00

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (310) Airplane
                     WRONGFUL DEATH
             Origin: (2) Removed from State Court
             Demand: 100
         Filing fee: Paid $150.00 on 06/11/99 receipt # 00109018
           Trial by: Jury
```

| Parties of Record: | Counsel of Record: |
|---|---|
| PLF 1.1     MOSES, MABEL F. | Myron E. Angstman<br>Angstman Law Office<br>POB 585<br>Bethel, AK 99559<br>907-543-2972<br>FAX 907-543-3394<br><br>Robert P. Owens<br>Municipal Attorney's Office<br>POB 196650<br>Anchorage, AK 99519-6650<br>907-343-4545<br>FAX 907-343-4550<br><br>Robert B. Hopkins<br>Copeland Landye et al<br>1300 SW 5th Avenue, Suite 3500<br>Portland, OR 97201<br>503-224-4100<br>FAX 503-224-4133 |
| PLF 2.1 | Myron E. Angstman<br>(see above)<br><br>Robert P. Owens<br>(see above)<br><br>Robert B. Hopkins<br>(see above) |
| DEF 1.1     [T] ROBINSON HELICOPTER CORP | No counsel found for this party! |

```
┌─────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA    │
│              CIVIL DOCKET PARTY INFORMATION FOR CASE F99-0012--CV (JKS) │
│                     "MABEL F. MOSES V ROBINSON HELICOPTER ET AL"        │
├─────────────────────────────────────────────────────────────────────────┤
│              Including terminated parties, excluding terminated counsel │
└─────────────────────────────────────────────────────────────────────────┘
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 2.1 | | TEXTRON INC | Marc G. Wilhelm<br>Richmond & Quinn<br>360 K Street, Suite 200<br>Anchorage, AK 99501-2038<br>907-276-5727<br>FAX 907-276-2953 |
| DEF 3.1 | [T] | PRECISION AIRMOTIVE CORP | No counsel found for this party! |
| DEF 4.1 | [T] | AM-SAFE INC | No counsel found for this party! |
| DEF 5.1 | [T] | KUSKO AVIATION INC | No counsel found for this party! |
| DEF 6.1 | [T] | HUGHEY, RICHARD | No counsel found for this party! |
| DEF 7.1 | [T] | POLLUX AVIATION | No counsel found for this party! |
| DEF 8.1 | [T] | LARRIVEE, LARRY | No counsel found for this party! |
| DEF 9.1 | [T] | AERO TWIN INC | No counsel found for this party! |
| 3PP 1.1 | [T] | ROBINSON HELICOPTER CORP | No counsel found for this party! |
| 3PP 2.1 | [T] | TEXTRON INC | No counsel found for this party! |
| 3PP 3.1 | [T] | PRECISION AIRMOTIVE CORP | No counsel found for this party! |
| 3PP 4.1 | [T] | AM-SAFE INC | No counsel found for this party! |
| 3PP 5.1 | [T] | KUSKO AVIATION INC | No counsel found for this party! |
| 3PP 6.1 | [T] | HUGHEY, RICHARD | No counsel found for this party! |
| 3PP 7.1 | [T] | POLLUX AVIATION | No counsel found for this party! |
| 3PP 8.1 | [T] | LARRIVEE, LARRY | No counsel found for this party! |
| 3DF 1.1 | [T] | UNITED STATES OF AMERICA | No counsel found for this party! |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE F99-0012--CV (JKS)
                   "MABEL F. MOSES V ROBINSON HELICOPTER ET AL"
```

                               For all filing dates

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 06/01/99
             Closed: 01/31/00

       Jurisdiction: (4) Diversity (see citizenship of parties)
      PLF Diversity: (1) Citizen of This State
      DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

     Nature of Suit: (310) Airplane
                     WRONGFUL DEATH
             Origin: (2) Removed from State Court
             Demand: 100
         Filing fee: Paid $150.00 on 06/11/99 receipt # 00109018
           Trial by: Jury


 Document #   Filed      Docket text
 ──────────   ─────      ───────────
     1 -  1   06/01/99   DEF 1-3 Notice of Removal, w copies of complaint and amended complaint
                         from 4BE-98-0126CI attached.

     2 -  1   06/01/99   DEF 1-3 Notice to pltf of filing notice of removal.

     3 -  1   06/01/99   DEF 1-3 Service List.

     4 -  1   06/04/99   DEF 1-3 Notice of filing state court proceedings w attachments.

     5 -  1   06/14/99   Minute Order to petitioner subsequent to filing notice of removal.
                         cc:csl

     6 -  1   06/24/99   DEF 1 Application re: non-resident attorney, receipt no. 40098934,
                         $100.00.

     7 -  1   06/24/99   DEF 2 (Supplement to) Notice of filing copies of state court records and
                         proceedings.

     8 -  1   06/24/99   DEF 2 Notice of compliance re state court documents.

     9 -  1   06/24/99   DEF 2 (Supplemental) Service List.

    10 -  1   06/25/99   PLF 1-2 motion for remand and points and authorities w/proposed order.

    11 -  1   06/25/99   PLF 1-2 Application re: non-resident attorney w/certificate of good
                         standing.

    12 -  1   06/29/99   DEF 3 motion for leave to file third party complaint w/lodged complaint
                         and proposed order.

    13 -  1   06/29/99   DEF 3 Affidavit of service re: DEF 3 motion for leave to file third
                         party complaint w/lodged complaint and proposed order. (12-1)

     6 -  2   06/30/99   JKS Order granting application of non-resident attorney Tim A. Goetz to
                         appear and participate as cnsl for D-1. cc:cnsl

    11 -  2   07/02/99   JKS Order granting mot & application of non-resident attorney (Robert B.
                         Hopkins). cc:cnsl
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE F99-0012--CV (JKS)
                       "MABEL F. MOSES V ROBINSON HELICOPTER ET AL"

                                   For all filing dates
```

```
Document #    Filed    Docket text

  14 -   1   07/12/99  DEF 3 Stipulation for extension of time (7/19/99) to file oppo to plf's
                       mot to remand and extension of time(7/23/99) for plf's to file oppo to
                       def's mot for leave to file 3rd party complaint w/proposed order.

  14 -   2   07/14/99  JKS Order granting stipulation at dkt 14-1. cc:cnsl

  15 -   1   07/19/99  DEF 3 opposition to PLF 1-2 motion for remand and points and
                       authorities. (10-1)

  16 -   1   07/20/99  DEF 2 Unopposed Motion to file brief one day late w/proposed order and
                       lodged brief.

  17 -   1   07/23/99  JKS Order granting unoppo mot to file brf one day late. cc: cnsl

  18 -   1   07/23/99  DEF 2 opposition to PLF 1-2 motion for remand (10-1) w/att exhs.

  19 -   1   07/23/99  PLF 1-2 opposition to DEF 3 motion for leave to file third party
                       complaint (12-1).

  20 -   1   07/26/99  PLF 1-2; DEF 2-3 Stipulation re extension of time (8/2/99) to reply to
                       oppo  to plf's mot for remand w/proposed order.

  21 -   1   08/02/99  PLF 1-2; DEF 3 Stipulation for extension of time (8/6/99) to file reply
                       to plf's oppo to def's mot for leave to file 3rd party complaint.

  22 -   1   08/02/99  PLF 1-2 reply to opposition to PLF 1-2 motion for remand and points and
                       authorities. (10-1)

  23 -   1   08/06/99  DEF 3 reply to opposition to DEF 3 motion for leave to file third party
                       complaint.(12-1)

  20 -   2   08/09/99  JKS Order approving stip. cc: cnsl

  21 -   2   08/09/99  JKS Order approving stip. cc: cnsl

  24 -   1   08/09/99  DEF 2 Request for Oral Argument re: PLF 1-2 motion for remand and points
                       and authorities.(10-1)

  25 -   1   08/17/99  DEF 9 Notice to court and parties regarding dismissal of AERO Twin, Inc
                       from state court and request removal from mailing and service list.

  25 -   2   08/20/99  JKS Order re: counsel for Aero Twin, Inc., requests to be removed from
                       the service list at dkt 25-1 is granted. cc:cnsl

  26 -   1   08/20/99  JKS Order denying motion for remand and points and authorities (10-1);
                       granting motion for leave to file third party complaint (12-1). cc:cnsl

  27 -   1   08/20/99  Complaint (Third-party).

  28 -   1   08/27/99  JKS Protective Order regarding confidential documents.

  32 -   1   08/31/99  PLF 1-2; DEF 3 Stipulation & protective order governing production of
                       documents designated by percision airmotive corp as confidential.

  29 -   1   09/01/99  JKS Minute Order re: plf is required to take action as to failure to
                       serve. Plf to file returns of service w/in 20 days.  cc: cnsl
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F99-0012--CV (JKS)
"MABEL F. MOSES V ROBINSON HELICOPTER ET AL"

For all filing dates

```
Document #   Filed      Docket text

  30 -   1   09/01/99   JKS Minute Order re: third party plf is required to take action as to
                        failure to serve.  Third party plf to file returns of service w/in 20
                        days. cc: cnsl

  31 -   1   09/01/99   JKS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 21 days. cc: cnsl

  32 -   2   09/03/99   JKS Order granting stipulation & protective order at 32-1. cc: cnsl

  33 -   1   09/15/99   DEF 4 Settlement Notice re: plf and AM-SAFE have reached settlement.

  34 -   1   09/21/99   DEF 3 (Partial) Return of Service Executed re: USA, waiting for Attorny
                        General return.

  35 -   1   09/22/99   PLF 1-2 Response to Order report of parites planning mtg.

  33 -   2   09/24/99   JKS Order granting request for removal from mailing & service list.  cc:
                        cnsl

  36 -   1   10/01/99   JKS Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 05/19/00; Dispositive motions deadline 05/26/00; Estimate of
                        trial 12 days. cc: cnsl

  37 -   1   10/04/99   DEF 3 Return of Service Executed re: 3rd Party Defendant (Janet Reno
                        9/21/99).

  38 -   1   10/18/99   DEF 3 (Preliminary Joint) Statement of issues.

  39 -   1   10/20/99   PLF 1; DEF 4 Stipulation for dismissal with prejudice.

  39A-   1   10/26/99   DEF 1 motion (Request) to be added to mailing and service list.

  40 -   1   10/28/99   JKS Minute Order re: dismissal for failure to serve (Warning).  Plf to
                        file proof of service w/in 20 days or D-7 & 8 will be dismissed.  cc:
                        cnsl

  41 -   1   10/28/99   PLF 1-2; DEF 6 Stipulation for dismissal with prejudice w/proposed
                        order.

  39 -   2   11/05/99   JKS Order granting stipulation for dismissal with prejudice re: Am-safe,
                        each party to bear their own costs & attorney fees at dkt 39-1. cc: cnsl

  42 -   1   11/05/99   JKS Order granting stip to dismiss R. Hughey with prejudice, each party
                        to bear their own costs & fees.  cc: cnsl

  43 -   1   11/09/99   JKS Minute Order re: plf required to take action, case not at issue re
                        D-5.  Plf shall require an answer or apply for default.  cc: cnsl

  44 -   1   11/16/99   3DF 1 Answer to Third-party Complaint.

  45 -   1   11/19/99   PLF 1-2; DEF 5 Stipulation between plf and def Kusko Aviation for
                        dismissal with prejudice.

  46 -   1   11/19/99   PLF 1-2; DEF 3 motion and proposed order for dismissal with prejudice.

  47 -   1   12/06/99   JKS Order denying motion w/o prejudice (Request) to be added to mailing
                        and service list (39A-1).  cc: cnsl
```

```
┌─────────────────────────────────────────────────────────────────────────────┐
│              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│                 CIVIL DOCKET ENTRIES FOR CASE F99-0012--CV (JKS)            │
│                    "MABEL F. MOSES V ROBINSON HELICOPTER ET AL"             │
├─────────────────────────────────────────────────────────────────────────────┤
│                              For all filing dates                           │
└─────────────────────────────────────────────────────────────────────────────┘
```

```
Document #    Filed      Docket text
----------    -----      -----------

   48 -   1   12/07/99   JKS Order case dismissed w/out prejudice as to D-7 & D-8 for failure to
                         serve.  cc: cnsl

   49 -   1   12/10/99   PLF 1-2; DEF 1 motion for dismissal with prejudice w/proposed order.

   50 -   1   12/29/99   DEF 2 Settlement Notice.

   49 -   2   12/30/99   JKS Order granting motion for dismissal with prejudice (49-1); plfs'
                         clms against DEF 1 dism w/prej. cc: cnsl

   45 -   2   01/03/00   JKS Order granting stipulation for dismissal of D-5 with prejudice at
                         dkt 45-1, each party to bear its own costs & attorney fees.  cc: cnsl

   46 -   2   01/03/00   JKS Order granting motion and proposed order for dismissal with
                         prejudice of all clams against Precision Airmotive Corp, each party to
                         bear its own costs & attorney fees (46-1).  cc: cnsl

   51 -   1   01/07/00   3PP 1-3; 3DF 1 Stipulation for dismissal with prejudice.

   52 -   1   01/10/00   PLF 1-2; DEF 2 Stipulation for dismissal with prejudice.

   51 -   2   01/25/00   JKS Order granting stipulation for dismissal with prejudice, each side
                         to bear its own costs & attorney fess at dkt 51-1. cc:cnsl

   52 -   2   01/31/00   JKS Order granting stipulation for dismissal w/prejudice re D-2, each
                         side to bear its own costs & attorney fees.  cc: cnsl
```